# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHN CURLEE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-00145-SAB<br><br>ORDER REQUIRING COMMISSIONER OF SOCIAL SECURITY TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>FIVE DAY DEADLINE |

On January 29, 2020, Larry John Curlee ("Plaintiff"), proceeding pro se, filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  The summons and complaint were served on the Commissioner on February 19, 2020.  (ECF No. 9.)  Pursuant to the January 31, 2020 scheduling order, the Commissioner was to file the certified copy of the administrative record within one hundred and twenty days of the date of service of the complaint.  (ECF No. 5 at 2.)  On June 12, 2020, the Commission filed a motion to stay this action until a copy of the administrative record can be obtained.  (ECF No. 11.)

On December 14, 2020, an order was filed noting that the administrative record has been filed in numerous cases that had been stayed by General Order Number 615 which were filed after this action.  The order required the Commissioner to file a notice of the status of the administrative record in this action within fourteen days.  More than fourteen days have passed and the Commissioner has not filed notice of status of the administrative record nor otherwise

responded to the December 14, 2020 order.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, the Commissioner shall SHOW CAUSE IN WRITING why sanctions should not issue for the failure to comply with the December 14, 2020 order.

IT IS SO ORDERED.

Dated:  **December 30, 2020**

UNITED STATES MAGISTRATE JUDGE