# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHN CURLEE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-00145-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Larry John Curlee ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) This matter is currently stayed until the administrative record is filed. (ECF No. 12.) On December 14, 2020, an order was filed requiring the Commissioner of Social Security to file a notice of the status of the administrative record within fourteen days. (ECF No. 14.) On December 30, 2020, an order was filed requiring the Commissioner to show cause within five days why sanctions should not issue for the failure to respond to the December 14, 2020 order. (ECF No. 15.) On this same date a response to the order to show cause was filed along with a response to the December 14, 2020 order.

The Court has considered the responses filed and shall discharge the order to show cause and this action shall remain stayed until the administrative record is filed. Upon review of the docket, the Court notes that the December 14, 2020 order was not served on Plaintiff and the Court shall direct that Plaintiff be served with a copy of the order.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 30, 2020 order requiring the Commissioner to show cause why sanctions should not issue is DISCHARGED;
2. This matter shall remain STAYED until the administrative record is filed; and
3. The Clerk of the Court is DIRECTED to serve copies of the December 14, 2020 order (ECF No. 14) and this order on Plaintiff.

IT IS SO ORDERED.

Dated: **January 4, 2021**

UNITED STATES MAGISTRATE JUDGE