# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHN CURLEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00145-SAB<br><br>ORDER RE NOTICE TO CLERK OF COURT AND DIRECTING CLERK OF COURT TO SERVE INFORMATIONAL ORDER FOR PRO SE LITIGANTS AND COPY OF DOCKET |

On January 29, 2020, Larry John Curlee ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On May 14, 2021, an order issued advising the parties of the lifting of the stay of this action. (ECF No. 21.) On May 12, 2021, the Clerk of the Court reserved the new case documents on Plaintiff.

On May 26, 2021, Plaintiff filed a notice to the Clerk of the Court. (ECF No. 22.) Plaintiff reminds that court that he is proceeding without counsel and requests to be informed of the next required action. Plaintiff is referred to the informational order for pro se litigants, filed February 3, 2020, which informs him of how to proceed in this action.

To the extent that Plaintiff is concerned regarding the references to electronic filings, he should be served by United States mail with all filings in this matter. The Court shall have the

1

1 | Clerk of the Court provide Plaintiff with a copy of the docket in this matter. Plaintiff should note that each document filed by the court will include an entry showing that he has been served with a copy of the order. The Commissioner should be serving a copy of any documents filed upon Plaintiff and the Court notes that Plaintiff was served with a copy of the administrative record. (ECF No. 20-3.)

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve a copy of the docket in this matter and the informational order for pro se litigants (ECF No. 5) on Plaintiff.

IT IS SO ORDERED.

Dated: **May 27, 2021**

UNITED STATES MAGISTRATE JUDGE